## Henry P. Edwards, Appellee, v. Edna Virginia Lederer, Appellant.

Gen. No. 44,470.

Eckert & Peterson, for appellant; A. R. Peterson, Harold W. Huff and Walter P. Steffen, of counsel; James A. Dooley and Thomas P. Hollywood, for appellee. Opinion by Justice Sullivan. Not to be published in full. Opinion filed January 24, 1950; rehearing denied March 14, 1950; released for publication March 15, 1950.

## Frederick Gerald Thomas, Petitioner, v. George W. Rossetter, Jay C. McCord and Maurice A. Rosenthal, Respondents.

Gen. No. 44,595.

Lloyd C. Whitman, for appellant; Poppenhusen, Johnston, Thompson & Raymond, for appellees; Floyd E. Thompson and Roger W. Barrett, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed February 10, 1950; rehearing denied March 13, 1950; released for publication March 15, 1950.

## In re Estate of Robert Newman, Deceased. Appeal of Rosie Newman, Respondent in Citation Proceeding, Appellant.

### Gen. No. 44,809.

Claude W. B. Holman, Ellis & Westbrooks, Edward M. Byrd and Sophia Boaz, for appellant; Claude W. B. Holman, of counsel; Abner Goldenson and Harold A. Tepper, for appellee. Opinion by JUSTICE SCANLAN. Not to be published in full. Opinion filed February 10, 1950; released for publication March 15, 1950.

## City of Chicago, Appellee, v. Harold Schlensky, Appellant.

### Gen. No. 44,921.